IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lynne Dowds, : 
          Appellant : 
           : 
          v. :    No. 1826 C.D. 2016
           : 
Zoning Board of Adjustment : 

# **O R D E R**

NOW, August 29, 2017, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge